IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC T. RODEN,<br><br>Defendant. | CR 18-10-M-DLC<br><br>ORDER |

Upon Petition of W. Adam Duerk, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus directing the Warden of the Missoula County Detention Facility, and the United States Marshal for the District of Montana, to produce Eric T. Roden, before the Court at the Magistrate Judge's Courtroom in Missoula, Montana, at 2:00 p.m. on Monday, May 14, 2018, to be present at his change of plea hearing. Upon conclusion of the hearing Eric. T. Roden shall then be returned to the custody of the Warden, Missoula County Detention Facility, Missoula, Montana.

DATED this 14th day of May, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1