
FILED
AUG 20 2018
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC T. RODEN,<br><br>Defendant. | CR 18–10–M–DLC<br><br>ORDER |

Upon Petition of W. Adam Duerk, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus directing the Warden of the Missoula County Detention Facility, and the United States Marshal for the District of Montana, to produce **ERIC T. RODEN**, before the Court at the courtroom of Chief Judge Dana L. Christensen in Missoula, Montana, at 10:30 A.M. on Thursday, August 23, 2018, to be present at his sentencing hearing and **ERIC T. RODEN** shall stay in federal custody until further order from this Court.

Dated this 20th day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court